IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 19-03084-16-CR-S-MDH |
| MICHAEL R. HOUSLEY, | ) |
| Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts Twelve, Thirteen and Twenty-two of the Superseding Indictment filed on June 10, 2020, is now **Accepted** and the Defendant is **Adjudged Guilty** of such offense. Sentencing will be set by subsequent Order of the Court.

        **DOUGLAS HARPOOL**
        **UNITED STATES DISTRICT JUDGE**

Date: September 27, 2022